UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

JOHN ROBERT DEMOS, JR,

    *Petitioner,*

v.                                    CASE NO. 1:16-cv-00252-MP-CAS

PRESIDENT OF THE UNITED STATES,
SECRETARY OF DEFENSE,

    *Respondents.*

_____/

**O R D E R**

This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated July 21, 2016. (ECF No. 4). The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1). The time for filing objections has passed, and none have been filed. Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.

IT IS ORDERED:

The Magistrate Judge's Report and Recommendation is adopted and incorporated by reference in this order. The petition under 28 U.S.C. § 2254

is dismissed and a certificate of appealability is denied. The Clerk is directed to close the file.

**SO ORDERED on August 19, 2016.**

<u>s/Mark E. Walker</u>
**United States District Judge**